**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

INTERNATIONAL HAIR & BEAUTY
SYSTEMS, LLC,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.  8:11-cv-1300-T-30EAJ

SIMPLY ORGANIC, INC., et al.,

    Defendants.
_____/

**ORDER OF DISMISSAL**

Before the Court is the Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Dkt. #18).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 18, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-1300.dismiss 18.wpd